THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Andrew Ray White,       
Appellant.
 
 
 

Appeal From Clarendon County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-410
Submitted April 21, 2004  Filed June 
 24, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor C. Kelly Jackson of Sumter, for Respondent.
 
 
 

PER CURIAM:  Andrew Ray White was convicted 
 of burglary in the first degree.  The circuit court sentenced White to 30 years 
 in prison.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Whites 
 counsel attached a petition to be relieved.  White did file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Whites appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concur. 

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.